# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☐ Under Seal

- City:
- County: Fairfax
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- Judge Assigned:
- Criminal No.:
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

**Defendant Information:**

- Defendant Name: HEATHER DAWN SULLIVAN
- Alias(es):
- ☐ Juvenile   FBI No.:
- Address: Centreville VA 20121
- Employment:
- Birth Date: 1982
- SSN:
- Sex: Female
- Race: White
- Nationality: United States
- Place of Birth:
- Height: 5'5"
- Weight: 110
- Hair: Brown
- Eyes: Hazel
- Scars/Tattoos:
- ☐ Interpreter   Language/Dialect:
- Auto Description:

**Location/Status:**

- Arrest Date:
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**

- Name: Lula Hagos
- Address: 1650 King Street #500, Alexandria, VA 22314
- Phone: 703-600-0800
- ☐ Court Appointed
- ☐ Retained
- ☒ Public Defender
- Counsel Conflicts:
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- AUSA(s): Rachael Tucker
- Phone: 703-838-2622
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute Fentanyl | 1 | Felony |
| Set 2: | | | | |

- Date: 6/14/2021
- AUSA Signature: *Rachael C. Tucker*

*may be continued on reverse*